United States Bankruptcy Court
Western District of Arkansas

In re: Case No. 25-71594-bmr
Caleb Eriks Israel Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0861-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: ncont341 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Caleb Eriks Israel, 2299 Skyler Dr, Fayetteville, AR 72703-1273 |
| 5422390 | | Dfas-de, Denver, CO 80012 |
| 5422399 | | Mohela, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5422400 | + | Overton Realty, 3065 C American Street, Springdale, AR 72764-6982 |
| 5422402 | + | South by NW Hospitality LLC, 320 Rollston Ave Ste 102, Fayetteville, AR 72701-0824 |
| 5422403 | + | Summit Properties, 4902 S Thompson St., Springdale, AR 72764-2552 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5422381 | | Email/PDF: bncnotices@becket-lee.com | Oct 15 2025 22:57:04 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5422380 | | Email/PDF: bncnotices@becket-lee.com | Oct 15 2025 22:56:27 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5422383 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 22:56:25 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5422382 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 22:57:02 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5422385 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 15 2025 22:36:06 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5422384 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 15 2025 22:56:29 | Capital One Auto Finance, Credit, Bureau DISPUTE, Plano, TX 75025 |
| 5422936 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 15 2025 22:37:52 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5422388 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 15 2025 22:56:58 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5422389 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 15 2025 22:55:18 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5422393 | | Email/Text: bnc-bluestem@quantum3group.com | Oct 15 2025 22:26:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5422396 | + | Email/Text: bankruptcy@kikoff.com | Oct 15 2025 22:26:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 5422397 | | Email/Text: EBN@Mohela.com | Oct 15 2025 22:26:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0861-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: ncont341 | Total Noticed: 18 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5422386 | | Credit One |
| 5422391 | | Elijah Isreal |
| 5422394 | | First Progress |
| 5422401 | | Revvi |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Brian Ferguson | brian@ozarkfunds.com  AR24@ecfcbis.com |
| Steven H. Kay | on behalf of Debtor Caleb Eriks Israel steven@rockhouselaw.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov  kent.h.johnson@usdoj.gov |

TOTAL: 3

Form ncont341

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: Caleb Eriks Israel
Debtor

Case No.: 5:25-bk-71594
Chapter: 7
Judge: Bianca M Rucker
Trustee: J. Brian Ferguson
Chapter 7 Panel Trustee
P.O. Box 926
Bentonville, AR 72712
479-464-4418

## NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 11/10/25, 11:00 AM at the following location:

Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 212-671-1234, and Passcode 1457107566 OR Call, 1-479-437-9035

DEBTOR(S) FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 10/15/25

Linda McCormack, Clerk