Form ncont341

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: Caleb Eriks Israel
Debtor

Case No.: 5:25−bk−71594
Chapter: 7
Judge: Bianca M Rucker
Trustee: J. Brian Ferguson

Chapter 7 Panel Trustee
P.O. Box 926
Bentonville, AR 72712
479−464−4418

## NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 12/8/25, 11:00 AM at the following location:

Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 212−671−1234, and Passcode 1457107566 OR Call, 1−479−437−9035

DEBTOR(S) FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 11/12/25

Linda McCormack, Clerk