# Notice Recipients

District/Off: 0861–5     User: admin     Date Created: 11/12/2025
Case: 5:25–bk–71594     Form ID: ncont341     Total: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
5422386     Credit One
5422391     Elijah Isreal
5422394     First Progress
5422401     Revvi

                                                                                                    TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)     USTPRegion13.LR.ECF@usdoj.gov
tr     J. Brian Ferguson     brian@ozarkfunds.com
aty     Steven H. Kay     steven@rockhouselaw.com

                                                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Caleb Eriks Israel     2299 Skyler Dr     Fayetteville, AR 72703
5422381     Amex     Correspondence/Bankruptcy     PO Box 981535     El Paso, TX 79998–1535
5422380     Amex     PO Box 981537     El Paso, TX 79998–1537
5422383     Capital One     Attn: Bankruptcy     PO Box 30285     Salt Lake City, UT 84130–0285
5422382     Capital One     PO Box 31293     Salt Lake City, UT 84131–0293
5422385     Capital One Auto Finance     Attn: Bankruptcy     7933 Preston Rd     Plano, TX 75024–2302
5422384     Capital One Auto Finance     Credit     Bureau DISPUTE     Plano, TX 75025
5422936     Capital One Auto Finance, a division of     AIS Portfolio Services, LLC     4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
5422389     Credit One Bank     Attn: Bankruptcy Department     6801 S Cimarron Rd     Las Vegas, NV 89113–2273
5422388     Credit One Bank     PO Box 98872     Las Vegas, NV 89193–8872
5422390     Dfas–de     Denver, CO 80012
5422393     Fingerhut Fetti/Webbank     Attn: Bankruptcy     6250 Ridgewood Rd     Saint Cloud, MN 56303–0820
5422396     Kikoff     Attn: Bankruptcy     75 Broadway     San Francisco, CA 94111–1422
5422397     Mohela     Attn: Bankruptcy     633 Spirit Dr     Chesterfield, MO 63005–1243
5422399     Mohela     Attn: Bankruptcy     PO Box 9635     Wilkes Barre, PA 18773–9635
5422400     Overton Realty     3065 C American Street     Springdale, AR 72764
5422402     South by NW Hospitality LLC     320 Rollston Ave Ste 102     Fayetteville, AR 72701
5422403     Summit Properties     4902 S Thompson St.     Springdale, AR 72764

                                                                                                    TOTAL: 18